### Jason W. GREER

v.

**CITY OF PHILADELPHIA; Commonwealth of Pennsylvania, Department of Transportation; Fischbach & Moore, Inc. and T.H. Green Electric Company, Inc.; Custom Tower Structures, Inc. and Thomas Devlin.**

**Petition of Custom Tower Structures, Inc.**

**Cross Petitioner Department of Transportation.**

**Cross Petitioner T.H. Green Electric, Inc.**

Supreme Court of Pennsylvania.

Jan. 5, 2001.

## ORDER

PER CURIAM:

AND NOW, this 5th day of January, 2001, the Petition for Allowance of Appeal by Custom Tower Structures, Inc. is Granted; the cross-petitions of J.H. Green and PennDOT are denied and the petition to augment the cross-petition filed on behalf of PennDOT is also denied.

■

### COMMONWEALTH of Pennsylvania, Appellant,

v.

### Edward Warner HEARD, Appellee.

Supreme Court of Pennsylvania.

Submitted Oct. 13, 2000.

Decided Jan. 16, 2001.

James Robert Gilmore, Pittsburgh, for Commonwealth of PA.

Patrick J. Thomassey, Monroeville, for Edward Warner Heard.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

Based upon our decision in *Commonwealth v. Albert*, 563 Pa. 133, 758 A.2d 1149 (2000), the Order of the Allegheny County Common Pleas Court is reversed and the matter is remanded for further proceedings.

Jurisdiction is relinquished.